AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Finger et al., | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No.  1:23cv927 |
| Islamic Republic of Iran | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiffs, Finger et al.                                                                                                    .

Date:   04/10/2023

/s/ Maryam M. Atty
*Attorney's signature*

Maryam M. Atty (VA137)
*Printed name and bar number*
1209A Laskin Road
Virginia Beach, VA 23451

*Address*

maryam.atty@singerdavis.law
*E-mail address*

(757) 263-4155
*Telephone number*

(757) 233-1084
*FAX number*