# Registered No. F565883051US

**Date Stamp**

| | |
|---|---|
| Postage $ $15.27 | Extra Services & Fees (continued) |
| Extra Services & Fees $19.05 | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | |
| ☐ Return Receipt (hardcopy) $ $5.30 $0.00 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $39.62 |
| ☐ Restricted Delivery $ | |
| Customer Must Declare Full Value $0.00 | Received by 06/07/2023 |

FRANCES PERKINS STATION JUN 2023 WASHINGTON DC

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

WASHINGTON, DC 20210

**FROM:**
US District Court - DC
Clerk of court clerk office, RM 1225
333 Constitution Ave, NW
Washington DC 20001-2802

**TO:**
Islamic Republic of Iran
Attn: foreign minister hussein Amir-Abdollahian
Khomeini Avenue United nations street
Tehran Iran

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

RETAIN THIS RECEIPT IN CASE OF LOSS OR DAMAGE TO THE MAIL ITEM

**Declaration of Value:** You must declare the full value of each Registered Mail™ article at the time of mailing.

**Insurance Coverage:**

**Domestic:** Insurance up to $50,000 is included in the Registered Mail fee. Indemnity is limited to the amount of declared value. Insurance is provided only in accordance with Postal Service™ regulations in the Domestic Mail Manual (DMM®) which sets forth the specific types of coverage, terms of insurance, and conditions of payment. The DMM is available online at http://pe.usps.com. Limitations on coverage include, but are not limited to, the following:

> Coverage extends to the least of (1) the actual (depreciated) value of the contents at the time of mailing, (2) the cost of repairs, or (3) the limit fixed for the insurance coverage obtained.
>
> No coverage is provided for articles improperly packaged or too fragile to withstand normal handling, concealed damage, spoilage of perishable items, prohibited articles, consequential losses, or delay.

Other limitations are set forth in the DMM. Coverage terms and limitations are subject to change.

**International:** Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. See the International Mail Manual (IMM®) and Individual Country Listings online at http://pe.usps.com for limitations of coverage, prohibitions, and restrictions. The sender receives payment for an international claim for a lost article or for damaged and/or missing contents, unless the sender waives the right to payment, in writing, in favor of the addressee.

**Filing a Domestic Claim**

*Claim for loss:* File a claim no sooner than 15 days but no later than 60 days from the mailing date — for an APO/FPO/DPO item, file no later than 1 year from the mailing date. Retain the original mailing receipt and proof of value.

*Claim for damage or missing contents:* File a claim immediately but no later than 60 days from the mailing date. Retain the original mailing receipt and proof of value, and also retain the article and mailing container.

Please file your domestic claim online at www.usps.com/domestic-claims. If you are unable to file online, call toll free 800-275-8777 for additional information.

**Filing an International Claim**

Before initiating an inquiry on an item mailed to a foreign country, allow sufficient time for delivery of the mailpiece in the foreign country.

To report the loss, damage, or missing contents of an item sent to a foreign country, please call our International Research Group at 800-222-1811. You will be asked to provide the relevant information regarding the item, including but not limited to the following: 1) Item number appearing under the barcode; 2) names, addresses, and telephone numbers of the mailer and addressee; and 3) date of mailing.

The International Research Group will correspond with the respective post in the foreign country. Upon determination that a claim for the item should be initiated, we will provide you with a claim packet, which includes instructions on how to complete and submit the claim.

Inquiries and claims for loss of an international registered item must be filed within 6 months of the date of the mailing. File an inquiry for damage or for complete or partial loss of contents immediately but no later than 60 days from the mailing date.

PS Form **3806**, April 2015 *(Customer Copy - Reverse)* PSN 7530-02-000-9051

927-RCL   Document 11-1   Filed 06/07/2



# UNITED STATES POSTAL SERVICE

FRANCES PERKINS
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210-0002
(800)275-8777

06/07/2023                                09:32 AM
------------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail Intl™ Large Envelope | 1 | | $15.27 |
|    Iran (Islamic Republic of) | | | |
|    Weight: 0 lb 14.00 oz | | | |
|    Registered | | | $19.05 |
|      Amount: $0.00 | | | |
|      Tracking #: | | | |
|        RF565883051US | | | |
|    Return Receipt | | | $5.30 |
|    Affixed Postage | | | -$39.62 |
|      Affixed Amount: $39.62 | | | |
| Total | | | $0.00 |

------------------------------------------------

Grand Total:                                 $0.00
------------------------------------------------

For updated information about
International Service Disruptions, visit:
www.usps.com/intl/alerts

In a hurry? To send correspondence and
nondutiable documents, (goods are not
mailable in First-Class Mail
International Letters or Documents),
self-service kiosks offer quick and easy
check-out. Any Retail Associate
can show you how.

Refer to your Registered Mail® tracking
number for delivery information.

Save this receipt as evidence of mailing.
For information on filing a claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

------------------------------------------------

UFN: 105027-0216
Receipt #: 840-52000467-1-3915369-2
Clerk: 16



# USPS Customs Declaration and Dispatch Note

USPS®-USE ONLY: Place barcode label here.

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

### SENDER'S INFORMATION

| Full Last Name | Full First Name | MI |
|---|---|---|
| Business Name (if applicable) | | Sender's Telephone |
| Address-1 | | |
| Address-2 | | |
| City | State | ZIP Code |

### ADDRESSEE'S INFORMATION

| Full Last Name | Full First Name | MI |
|---|---|---|
| Business Name (if applicable) | | Addressee's Telephone |
| Address-1 | | |
| Address-2 | | Postal Code |
| City | State/Province | Country |

### SHIPMENT INFORMATION

1. Category of Items (Check all that apply)
   - ☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
   - ☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | 6. Total | | | |

### SHIPMENT INFORMATION (Continued) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address | 8. Addressee's Email Address
9. Exporter's Reference (if applicable and known) | 10. Exporter's Telephone (if applicable and known)
11. Importer's Reference (if applicable and known) | 12. Importer's Telephone (if applicable and known)
13. AES ITN (if applicable) | 14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
☐ § 30.37 (y)   ☐ Other _____

15. License Number (if applicable) | 16. Certificate Number (if applicable) | 17. Invoice Number (if applicable)
18. Length (inches) | 19. Width (inches) | 20. Height (inches)

21. Restrictions (if applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned

23. Sender's Signature and Date

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)

| 24. HS Tariff Number | 25. Country of Origin |
|---|---|

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992        IMPORTANT: This package may be opened officially.        **4 – Sender's Copy**

**INSURANCE AND INDEMNITY COVERAGE:** Priority Mail Express International® and Priority Mail International® parcels containing merchandise are insured against loss, damage, or missing contents up to $200 at no additional charge. Indemnity is limited to the lesser of the actual value of the contents or $200. If the parcel has been lost, or if it has been delivered to the addressee in damaged condition or with missing contents, payment is made to the sender, unless the sender waives the right to payment, in writing, in favor of the addressee. *Note:* Merchandise insurance that provides coverage greater than the included $200 merchandise insurance may be available, up to a maximum limit of $5,000, depending on country, content, and value — see IMM Exhibit 322.2 and the Individual Country Listings for insurance availability, limitations, and coverage. The purchase of merchandise insurance replaces the included $200 merchandise insurance.

Priority Mail Express International and Priority Mail International shipments containing only nonnegotiable documents are insured against loss, damage, or missing contents up to $100 for document reconstruction at no additional charge. No additional document reconstruction insurance is available for purchase.

**FILING CLAIMS:** To initiate an inquiry for loss, damage, or missing contents, call the International Research Group at 800-222-1811. File international indemnity inquiries and claims for loss within the time limits for the service purchased. File all claims for damage or missing contents immediately, and present the item, containers, packaging, and all contents received to the destination Post Office.

Submit evidence of mailing (e.g., original mailing receipts or wrapper) and evidence of value (e.g., sales receipt or repair estimate) in support of all claims. For complete regulations, see the IMM at *http://pe.usps.com*.

**EXCEPTIONS:** No coverage is provided for consequential losses, delay, concealed damage, spoilage of perishable items, items improperly packaged, items too fragile to withstand normal handling in the mails, or prohibited items. See *Mailing Standards of the United States Postal Service,* Domestic Mail Manual (DMM®) and the IMM for the specific types of losses that are covered, the limitation on coverage, the terms of insurance or indemnity, and the conditions of payment.

**IMPORTANT:** The Postal Service does not pay indemnity coverage for Priority Mail Express International parcels containing the following: coins; banknotes; currency notes, including paper money; securities of any kind payable to the bearer; traveler's checks; platinum, gold, and silver; precious stones; jewelry; watches; and other valuables or prohibited items. See the IMM for complete regulations.

**PRIVACY ACT STATEMENT**

Your information will be used to satisfy reporting requirements for customs purposes. Collection is authorized by 39 U.S.C. 401, 403, 404, and 407; 13 U.S.C. 301–307; and 50 U.S.C. 1702. Providing the information is voluntary, but if not provided, we may not process your transaction. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to domestic and international customs pursuant to federal law and agreements; and to other governmental entities with authority over exportation. For more information regarding our privacy policies, visit *usps.com/privacypolicy.*

# PS Form 3806, Registered Mail Receipt

**Registered No:** RF565883065US

**Date Stamp:** 0216 / 16

Postage $: $15.27

Extra Services & Fees: $19.05
- ☐ Registered Mail $
- ☐ Return Receipt (hardcopy) $5.30
- ☐ Return Receipt (electronic) $0.00
- ☐ Restricted Delivery $

Extra Services & Fees (continued):
- ☐ Signature Confirmation $0.00
- ☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees:** $39.62

Customer Must Declare Full Value $: $0.00

Received by: 06/07/2023

FRANCES PERKINS STATION
JUN 2023
WASHINGTON DC

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE
WASHINGTON, DC 20210

**FROM:**
US district court - DC
333 Constitution Ave, NW
Washington DC 20001-2802

**TO:**
Islamic republic of Iran
Iran Khomeini Avenue
United nations street
tehran, iran

Copy 1 - Customer
April 2015, PSN 7530-02-000-9051
(See Information on Reverse)



**RETAIN THIS RECEIPT IN CASE OF LOSS OR DAMAGE TO THE MAIL ITEM**

**Declaration of Value:** You must declare the full value of each Registered Mail™ article at the time of mailing.

**Insurance Coverage:**
**Domestic:** Insurance up to $50,000 is included in the Registered Mail fee. Indemnity is limited to the amount of declared value. Insurance is provided only in accordance with Postal Service™ regulations in the Domestic Mail Manual (DMM®) which sets forth the specific types of coverage, terms of insurance, and conditions of payment. The DMM is available online at http://pe.usps.com. Limitations on coverage include, but are not limited to, the following:

> Coverage extends to the least of (1) the actual (depreciated) value of the contents at the time of mailing, (2) the cost of repairs, or (3) the limit fixed for the insurance coverage obtained.

> No coverage is provided for articles improperly packaged or too fragile to withstand normal handling, concealed damage, spoilage of perishable items, prohibited articles, consequential losses, or delay.

Other limitations are set forth in the DMM. Coverage terms and limitations are subject to change.

**International:** Indemnity coverage for International Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. See the International Mail Manual (IMM®) and Individual Country Listings online at http://pe.usps.com for limitations of coverage, prohibitions, and restrictions. The sender recovers payment for an international claim for a lost article or for damaged and/or missing contents, unless the sender waives the right to payment, in writing, in favor of the addressee.

**Filing a Domestic Claim**
*Claim for loss:* File a claim no sooner than 15 days but no later than 60 days from the mailing date — for an APO/FPO/DPO item, file no later than 1 year from the mailing date. Retain the original mailing receipt and proof of value.
*Claim for damage or missing contents:* File a claim immediately but no later than 60 days from the mailing date. Retain the original mailing receipt and proof of value, and also retain the article and mailing container.

Please file your domestic claim online at www.usps.com/domestic-claims. If you are unable to file online, call toll free 800-275-8777 for additional information.

**Filing an International Claim**
Before initiating an inquiry on an item mailed to a foreign country, allow sufficient time for delivery of the mailpiece in the foreign country.

To report the loss, damage, or missing contents of an item sent to a foreign country, please call our International Research Group at 800-222-1811. You will be asked to provide the relevant information regarding the item, including but not limited to the following: 1) Item number appearing under the barcode; 2) names, addresses, and telephone numbers of the mailer and addressee; and 3) date of mailing.

The International Research Group will correspond with the respective post in the foreign country. Upon determination that a claim for the item should be initiated, we will provide you with a claim packet, which includes instructions on how to complete and submit the claim.

Inquiries and claims for loss of an International registered item must be filed within 6 months of the date of the mailing. File an inquiry for damage or for complete or partial loss of contents immediately but no later than 60 days from the mailing date.

PS Form **3806**, April 2015 *(Customer Copy - Reverse)* PSN 7530-02-000-9051



```
              FRANCES PERKINS
           200 CONSTITUTION AVE NW
            WASHINGTON, DC 20210-0002
                (800)275-8777
06/07/2023                          09:38 AM
---------------------------------------------
Product               Qty   Unit      Price
                            Price
---------------------------------------------
First-Class Mail       1              $15.27
Intl" Large Envelope
    Iran (Islamic Republic of)
    Weight: 0 lb 14.10 oz
    Registered                        $19.05
       Amount: $0.00
       Tracking #:
          RF565883065US
    Return Receipt                     $5.30
    Affixed Postage                  -$39.62
       Affixed Amount: $39.62
Total                                  $0.00

---------------------------------------------
Grand Total:                           $0.00
---------------------------------------------

       For updated information about
  International Service Disruptions, visit:
              www.usps.com/intl/alerts

   In a hurry? To send correspondence and
   nondutiable documents, (goods are not
      mailable in First-Class Mail
      International Letters or Documents),
   self-service kiosks offer quick and easy
       check-out. Any Retail Associate
              can show you how.

   Refer to your Registered Mail® tracking
        number for delivery information.

   Save this receipt as evidence of mailing.
   For information on filing a claim go to
       https://www.usps.com/help/claims.htm
            or call 1-800-222-1811

              Preview your Mail
              Track your Packages
               Sign up for FREE @
         https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.

         Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device.
```

             or call 1-800-410-7420.

---------------------------------------------
UFN: 105027-0218
Receipt #: 840-52000467-1-3915384-2
Clerk: 16

**UNITED STATES POSTAL SERVICE**

USPS®-USE ONLY: Place barcode label here.

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

## SENDER'S INFORMATION

| Full Last Name | Full First Name | | MI |
|---|---|---|---|
| Business Name (if applicable) | | Sender's Telephone | |
| Address-1 | | | |
| Address-2 | | | |
| City | | State | ZIP Code |

## ADDRESSEE'S INFORMATION

| Full Last Name | Full First Name | | MI |
|---|---|---|---|
| Business Name (if applicable) | | Addressee's Telephone | |
| Address-1 | | | |
| Address-2 | | Postal Code | |
| City | State/Province | Country | |

## SHIPMENT INFORMATION

1. Category of Items *(Check all that apply)*
   ☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
   ☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other _____

| 2. Detailed Description of Contents *(Enter only one item per line)* | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | 6. Total | | | |

## SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address | 8. Addressee's Email Address
9. Exporter's Reference *(if applicable and known)* | 10. Exporter's Telephone *(if applicable and known)*
11. Importer's Reference *(if applicable and known)* | 12. Importer's Telephone *(if applicable and known)*
13. AES ITN *(if applicable)* | 14. AES Exemption — NOEEI § *(Check one if applicable)*
   ☐ § 30.36  ☐ § 30.37(a)  ☐ § 30.37(h)
   ☐ § 30.37(y)  ☐ Other _____

| 15. License Number *(if applicable)* | 16. Certificate Number *(if applicable)* | 17. Invoice Number *(if applicable)* |
|---|---|---|
| 18. Length *(inches)* | 19. Width *(inches)* | 20. Height *(inches)* |

21. Restrictions *(if applicable — check all that apply)*
   ☐ Quarantine
   ☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions *(Check one)*
   ☐ Return to Sender
   ☐ Treat as Abandoned

23. Sender's Signature and Date

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 *(if the information is known)*

| 24. HS Tariff Number | 25. Country of Origin |
|---|---|

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992       IMPORTANT: This package may be opened officially.       **4 – Sender's Copy**

**UNITED STATES POSTAL SERVICE** ® — **USPS Customs Declaration and Dispatch Note**

**INSURANCE AND INDEMNITY COVERAGE:** Priority Mail Express International® and Priority Mail International® parcels containing merchandise are insured against loss, damage, or missing contents up to $200 at no additional charge. Indemnity is limited to the lesser of the actual value of the contents or $200. If the parcel has been lost, or if it has been delivered to the addressee in damaged condition or with missing contents, payment is made to the sender, unless the sender waives the right to payment, in writing, in favor of the addressee. *Note:* Merchandise insurance that provides coverage greater than the included $200 merchandise insurance may be available, up to a maximum limit of $5,000, depending on country, content, and value — see IMM Exhibit 322.2 and the Individual Country Listings for insurance availability, limitations, and coverage. The purchase of merchandise insurance replaces the included $200 merchandise insurance.

Priority Mail Express International and Priority Mail International shipments containing only nonnegotiable documents are insured against loss, damage, or missing contents up to $100 for document reconstruction at no additional charge. No additional document reconstruction insurance is available for purchase.

**FILING CLAIMS:** To initiate an inquiry for loss, damage, or missing contents, call the International Research Group at 800-222-1811. File international indemnity inquiries and claims for loss within the time limits for the service purchased. File all claims for damage or missing contents immediately, and present the item, containers, packaging, and all contents received to the destination Post Office.

Submit evidence of mailing (e.g., original mailing receipts or wrapper) and evidence of value (e.g., sales receipt or repair estimate) in support of all claims. For complete regulations, see the IMM at *http://pe.usps.com*.

**EXCEPTIONS:** No coverage is provided for consequential losses, delay, concealed damage, spoilage of perishable items, items improperly packaged, items too fragile to withstand normal handling in the mails, or prohibited items. See *Mailing Standards of the United States Postal Service,* Domestic Mail Manual (DMM®) and the IMM for the specific types of losses that are covered, the limitation on coverage, the terms of insurance or indemnity, and the conditions of payment.

**IMPORTANT:** The Postal Service does not pay indemnity coverage for Priority Mail Express International parcels containing the following: coins; banknotes; currency notes, including paper money; securities of any kind payable to the bearer; traveler's checks; platinum, gold, and silver; precious stones; jewelry; watches; and other valuables or prohibited items. See the IMM for complete regulations.

**PRIVACY ACT STATEMENT**

Your information will be used to satisfy reporting requirements for customs purposes. Collection is authorized by 39 U.S.C. 401, 403, 404, and 407; 13 U.S.C. 301–307; and 50 U.S.C. 1702. Providing the information is voluntary, but if not provided, we may not process your transaction. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to domestic and international customs pursuant to federal law and agreements; and to other governmental entities with authority over exportation. For more information regarding our privacy policies, visit *usps.com/privacypolicy*.