CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Bryce Finger et al.,

_____
Plaintiff(s)

vs.                                                                 Civil Action No.: __1:23cv927__

Islamic Republic of Iran

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Foreign Minister Hossein Amir Abdollahian
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): __(certification is not applicable to this case)__, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Kevin A. Hoffman, Esq.
(Signature)

Kevin A. Hoffman (DC Bar No. 1044559)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995; Fax: (757) 233-1084

(Name and Address)