

# SINGER DAVIS

Direct Dial: 757/598-5061
Email: kevin.hoffman@singerdavis.law

July 11, 2023

**VIA ECF AND FED/EX**

Clerk of the Court
United States District Court
For the District of Columbia
Clerk's Office, Room 1225
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Finger et al. v. Islamic Republic of Iran*
      Case No: 1:23cv927 (RCL)

Dear Clerk of the Court:

In connection with the above captioned case, we write to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in this matter on The Islamic Republic of Iran ("Iran").

28 U.S.C. § 1608 requires that Iran first be served "by any form of mail requiring a signed receipt . . . to the head of the ministry of foreign affairs." 28 U.S.C. § 1608(a)(3). We initiated that process on May 22, 2023. ECF No. 11. The Clerk's Office dispatched that mailing on June 7, 2023. ECF No. 11. Since thirty days have now passed, we are prepared to move forward with service under 1608(a)(4) via the United States Department of State.

In such circumstances, upon request, the Clerk of Court shall send two copies of the summons and complaint, and a notice of suit, together with a translation of each (here the translations are in Farsi, the official language of Iran), by "any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State" in Washington, D.C., and to the attention of the Director of Special Consular Services. The Secretary of State shall then take the necessary steps to effectuate service through diplomatic channels.

In accordance with the requirements of 28 U.S.C. § 1608(a)(4), I have enclosed: 1) a cover letter addressed to the Department of State; 2) two copies of the Complaint; 3) two copies of the summons; 4) two copies of the Notice of Suit (attached to each is a copy of the Foreign Sovereign Immunities Act); and 5) two copies of each document translated into Farsi.

Please take the necessary steps to dispatch these materials to effect service on Iran pursuant to 28 U.S.C. § 1608(a)(4). The below address should be used for dispatch of the above documents to the Director of Special Consular Services:

>U.S. Department of State
>CA/OCS/L, SA-17, 10th Floor
>Washington, DC 20522-1710

Accordingly, please find enclosed a mailing package containing the above-referenced materials, as well as a check for $2,275 made out to the U.S. Embassy Bern, which is the fee required by the Department of State.

Please do not hesitate to call if there is anything further our office can provide or if you have any questions regarding this request. Thank you in advance for your assistance.

With best regards, I am

>Sincerely yours,
>
>*[signature]*
>
>Kevin A. Hoffman

KAH/ah
Enclosures with mailed copy only