## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYCE FINGER et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.:   1:23cv927 (RCL) |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION FOR LEAVE TO AMEND

COMES NOW, Plaintiffs, by counsel, and hereby move the Court for an Order amending the case to reflect a legal name change of a party. In support thereof, Plaintiffs state as follows:

1. When this case was filed, one specific named plaintiff was identified as "ALETTA WHITE."

3. The Islamic Republic of Iran ("Iran") has been properly served and has failed to respond. *See* ECF No. 18.

4. Due to a marriage and legal name change earlier this year, the named plaintiff originally identified as "ALETTA WHITE" is now legally known as Aletta Truter.

5. Plaintiffs therefore request leave to amend so as to properly identify this individual as "ALETTA TRUTER."

6. Iran will not be prejudiced in any way if the Court gives Plaintiffs leave to make the above-referenced technical correction.

7. Plaintiffs respectfully request that the Court enter the attached Proposed Order and direct the Clerk to change the party name on record and in the case caption from Aletta White to Aletta Truter.

Respectfully submitted,

      /s/ Kevin A. Hoffman
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
Maryam M. Atty (DCD Bar No. VA137)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com
Email: maryam.atty@singerhoffman.com
*Counsel for Plaintiffs*