IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYCE FINGER et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.:   1:23cv927 (RCL) |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN,** ) | |
| ) | |
| **Defendant.** ) | |

### [PROPOSED] ORDER GRANTING LEAVE TO AMEND

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to Amend (the "Motion"). ECF No. 19. WHEREFORE the Court, upon consideration of the Motion, is of the opinion that the Motion should be GRANTED; and it is therefore:

ADJUDGED, ORDERED, AND DECREED that the named plaintiff originally identified as "ALETTA WHITE" shall henceforth be identified in this case as "ALETTA TRUTER."

The Clerk is hereby DIRECTED to change the party name on record and in the case caption from Aletta White to Aletta Truter.

Entered this _____ day of _____, 2024.

_____
JUDGE

WE ASK FOR THIS:

_____/s/ Kevin A. Hoffman_____
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
Maryam M. Atty (DCD Bar No. VA137)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com
Email: maryam.atty@singerhoffman.com
*Counsel for Plaintiffs*